**Order entered September 3, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00982-CV

### JOHNNY AGUINAGA, ET AL., Appellants

### V.

### JAT PROJECTS HOLDINGS TEXAS, LLC, ET AL., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-10069**

### ORDER
Before Chief Justice Burns, Justice Molberg, and Justice Goldstein

We **DENY** appellees' motion to dismiss the appeal for mootness.

Appellees shall file their brief on the merits **within fourteen days** of the date of this order.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE